# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-02658-SK | Date | February 18, 2020 |
|---|---|---|---|
| Title | Robert Okumoto v. Nancy A. Berryhill | | |

Present: The Honorable **Steve Kim, United States Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On April 8, 2019, Plaintiff, proceeding pro se, filed a complaint challenging Defendant's denial of social security benefits. (ECF 1). On November 12, 2019, the Court issued an order granting the parties' stipulation to extend the deadline for Plaintiff's motion to be filed on or before February 4, 2020, with all other deadlines to be extended accordingly. (ECF 22). But as of the date of this Order, Plaintiff has not filed the required document, nor has he filed a request for an extension of time to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **March 10, 2020**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by filing his motion on or before March 10, 2020.

**Plaintiff is advised that the failure to comply with and file a timely response to this Order may result in this action being involuntarily dismissed.** See Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, he may do so by filing the attached notice of voluntary dismissal (CV-09).