JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OKUMOTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br><br>　　　　Defendant. | CASE NO. 2:19-cv-02658-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, **IT IS ADJUDGED** that the complaint is dismissed and this action is dismissed without prejudice.

DATED: April 8, 2020

HON. STEVE KIM
U.S. MAGISTRATE JUDGE